JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STAR FABRICS, INC., | Case No.: 2:20-cv-00806-MCS-MRW |
|---|---|
| Plaintiff, | <u>Hon. Marc C. Scarsi  Presiding</u> |
| v. | [~~PROPOSED~~] **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| ROSS STORES, INC., et al., | |
| Defendants. | |

1

[~~PROPOSED~~] ORDER ON STIPULATION TO DISMISS ACTION

~~[PROPOSED]~~ ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: December 9, 2020    By: /s/ Mark C. Scarsi
HON. MARC C. SCARSI
UNITED STATES DISTRICT JUDGE

2

~~[PROPOSED]~~ ORDER ON STIPULATION TO DISMISS ACTION